THE CHICAGO & MEX. CENT. R. R. CO. v. S. D. RITTER
AND WIFE.

(No. 2202, R. Book No. 4, p. 235.)

APPEAL from Dallas County.    Opinion by WHITE, P. J.

§ 266. *Measure of damages in actions to condemn lands
for right of way of railroad.*  The rules by which to
measure the damages where lands are condemned for the
right of way of railroads in this state are prescribed by
statute. [Rev. Stats. arts. 4194, 4195, 4196.]  And be-
fore the Revised Statutes were adopted, very much the
same rules obtained.  [B. B. B. & C. R. R. Co. v. Ferris,
26 Tex. 583.]

§ 267. *Evidence.*  Where, on a trial to condemn land
for the right of way, the attorney for the road pro-
pounded to a witness of R. and wife the question, "Has
Ritter suffered any greater injuries to his farm than are
common to his neighbors, through whose lands the said
railway passes?" which question and the answer to the
same were, on objection, excluded by the court, *held*
error.  The question was pertinent and legitimate in
view of the statute, which provides that, "in estimating
either the injuries or the benefits, those injuries or bene-
fits which the owner of such real estate sustains or re-
ceives, in common with the community generally, and
which are not peculiar to him and connected with his
ownership, use and enjoyment of the particular parcel of
land, shall be altogether excluded from such estimate."
[Rev. Stats. art. 4196.]  The railroad had the right to
know how far the damages claimed, or any part thereof,
were such as were shared by the community generally,
and to have all such excluded altogether from the esti-
mate of the damages to be recovered in the action.

November 8, 1882.        Reversed and remanded.